UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES – GENERAL

Case No. SACV 13-01474-CJC(ANx)  Date: January 30, 2014

Title: <u>JESSE QUINTANA V. COMMERCIA RECOVERY SYSTEMS, INC.</u>

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

<u>Michelle Urie</u>   <u>     N/A     </u>
Deputy Clerk   Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

None Present   None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE**

      On December 11, 2013, Plaintiff Jesse Quintana moved the Court to enter default against Defendant Commercial Recovery Systems, Inc.  The Court denied Mr. Quintana's motion, and noted that he should file his application for entry of default with the Clerk of the Court.  Because Mr. Quintana had not yet filed any such application by January 22, 2014, the Court ordered him to show cause why this action should not be dismissed for failure to prosecute, and further indicated that filing an application for entry of default with the Clerk of the Court would constitute an adequate response.  Mr. Quintana was ordered to file an opposition to the Court's Order by January 29, 2014.  To date, he has neither filed an opposition nor filed an application for entry of default with the Clerk.  Accordingly, the Court **DISMISSES WITHOUT PREJUDICE** Mr. Quintana's action for his failure to prosecute and comply with the Court's January 22, 2014 Order.

rrd

MINUTES FORM 11
CIVIL-GEN   Initials of Deputy Clerk MU